FILED

02/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0431

---

STATE OF MONTANA,

Plaintiff and Appellee,

v.

HEATHER ARLETA CALLANTINE,

Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including March 19, 2022, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 14 2022